UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

KINSLEY CONSTRUCTION, INC.,          :          CIVIL ACTION
                    Plaintiff,          :
                                :
                v.          :          5:15-cv-5185
                                :
THE KROGER CO.,          :
                    Defendant.          :

## O R D E R

     **AND NOW**, this **29th day of September, 2016**, it having been reported that the parties have settled the above-captioned action, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs. Pursuant to Rule 41.1(b), the Court will retain jurisdiction for ninety (90) days from the above date, for the purpose of enforcing the agreement.

                                       LUCY V. CHIN, Interim Clerk of Court


                                       By:/s/ Diane J. Abeles_____
                                           Diane J. Abeles, Civil Deputy Clerk
                                           The Honorable Joseph F. Leeson, Jr.
                                           Diane_J_Abeles@paed.uscourts.gov